# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Claudette Collins aka Claudette Ann Collins, aka Claudette Collins, aka Claudette Simon, fdba Paradise International Restaurant and Bakery, aka Claudette A. Simon-Collins<br>Debtor | BK NO. 15-04541 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC as Servicer for U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF SW REMIC TRUST 2015-1, and index same on the master mailing list.

Re: Loan # Ending In: 7383

                                              Respectfully submitted,

                                              **/s/ Michael J. Clark, Esquire**
                                              Michael J. Clark, Esquire
                                              Thomas Puleo, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 627-1322  FAX (215) 627-7734
                                              Attorney for Movant/Applicant